In the Matter of the Assignment for the Benefit of Creditors of BROWN BOMBER BAKING CO., INC., to RAYMOND T. FISKE, JR., Appellant. MODERN INDUSTRIAL BANK, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

DONALD FLAMM, Appellant, v. EDWARD J. NOBLE, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of an Application to Set Aside Certain Elections of Directors and Officers of CAESAR CHEMISTS, INC. ROSE SIESER, Appellant; ADELAIDE L. SIESER et al., Repondents.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

MARY SPAULDING, Respondent, v. WILLIAM E. SPAULDING, Appellant.— No opinion. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

FRANCIS L. ASTE, Respondent, v. HARRY SCHETZEN, Appellant, and FLACO CO., INC., et al., Impleaded Defendants.— Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

GERALDINE L. THOMPSON et al., Appellants, v. MARSHALL MUNDHEIM, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [180 Misc. 1002.]

PINCUS M. MARCUS, Respondent, v. RAY MARCUS, Appellant.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.